# Richmond.

FORD v. THE COMMONWEALTH.

NOVEMBER 18th, 1886.

CRIMINAL PROCEEDINGS—*Jury trial—Waiver.*—In this State defendant cannot waive a trial by jury in a criminal prosecution in a court of record.

*W. W. Larkin,* for the plaintiff in error.

*R. A. Ayers,* Attorney-General, for the Commonwealth.

LEWIS, P., delivered the opinion of the court.

The question involved in this case is similar to that just decided in the case of *Mays* v. *Commonwealth.* The judgment must, therefore, be reversed for the reasons stated in writing and filed with the record in that case.

JUDGMENT REVERSED.